# EXHIBIT C

# SUPERIOR COURT OF CALIFORNIA
# COUNTY OF SAN FRANCISCO

400 MCALLISTER STREET, SAN FRANCISCO, CA 94102-4514

| | |
|---|---|
| COLTON SCHMIDT et al<br><br>PLAINTIFF (S)<br><br>VS.<br><br>AAF PLAYERS, LLC et al<br><br>DEFENDANT (S) | **Department 304**<br><br>**NO. CGC-19-575169**<br><br>**Order Denying Complex Designation For Failure to File Application Requesting Designation** |

ATTENTION ALL COUNSEL AND SELF-REPRESENTED PARTIES:

Complex Designation is DENIED without prejudice. The Application for Approval of Complex Designation has not been filed and provided to Department 304 pursuant to San Francisco Superior Court Local Rule 3.5.

Pursuant to Government Code §70616, et seq., parties who do not plan to file an Application for Complex Designation may seek a refund of any complex litigation fees that they have paid.

IT IS SO ORDERED.

DATED: MAY-14-2019         Anne-Christine Massullo
                           JUDGE

Order Denying Complex Designation For Failure to File Application Requesting Designation
Form 000015

CERTIFICATE OF SERVICE BY MAIL

I, the undersigned, certify that I am an employee of the Superior Court of California, County of San Francisco and not a party to the above-entitled cause and that on MAY-14-2019 I served the attached Order Denying Complex Designation For Failure to File Application Requesting Designation by placing a copy thereof in an envelope addressed to all parties to this action as listed below. I then placed the envelope in the outgoing mail at 400 McAllister Street, San Francisco, CA 94102, on the date indicated above for collection, sealing of the envelope, attachment of required prepaid postage, and mailing on that date, following standard court practice.

Dated : MAY-14-2019                By: MARIA OLOPERNES

BORIS TREYZON (188893)
ABIR COHEN TREYZON SALO, LLP
1901 AVENUE OF THE STARS
SUITE 935
LOS ANGELES, CA  90067