# EXHIBIT D

| | POS-015 |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number and address): 188893<br>Boris Treyzon, Esq.<br>Jonathon Farahi, Esq. (SBN 324316)<br>Abir Cohen Treyzon Salo, LLP<br>1901 Avenue of the Stars, Ste 935, Los Angeles, California 90067<br>TELEPHONE NO.: (424) 288-4367  FAX NO. (Optional): (424) 288-4368<br>E-MAIL ADDRESS (Optional): jfarahi@actslaw.com<br>ATTORNEY FOR (Name): Plaintiffs Colton Schmidt, et al. | FOR COURT USE ONLY<br><br>ELECTRONICALLY<br>**FILED**<br>Superior Court of California,<br>County of San Francisco<br><br>05/29/2019<br>Clerk of the Court<br>BY: YOLANDA TABO-RAMIREZ<br>Deputy Clerk |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF San Francisco<br>STREET ADDRESS: 400 Mcallister Street<br>MAILING ADDRESS: Same as above<br>CITY AND ZIP CODE: San Francisco 94102<br>BRANCH NAME: Central | |
| PLAINTIFF/PETITIONER: Colton Schmidt, et al.<br>DEFENDANT/RESPONDENT: AAF Players, LLC, et al. | |
| **NOTICE AND ACKNOWLEDGMENT OF RECEIPT—CIVIL** | CASE NUMBER:<br>CGC-19-575169 |

TO (insert name of party being served): Defendant Thomas Dundon, c/o Bell Nunnally & Martin, LLP

**NOTICE**

The summons and other documents identified below are being served pursuant to section 415.30 of the California Code of Civil Procedure. Your failure to complete this form and return it within 20 days from the date of mailing shown below may subject you (or the party on whose behalf you are being served) to liability for the payment of any expenses incurred in serving a summons on you in any other manner permitted by law.

If you are being served on behalf of a corporation, an unincorporated association (including a partnership), or other entity, this form must be signed by you in the name of such entity or by a person authorized to receive service of process on behalf of such entity. In all other cases, this form must be signed by you personally or by a person authorized by you to acknowledge receipt of summons. If you return this form to the sender, service of a summons is deemed complete on the day you sign the acknowledgment of receipt below.

Date of mailing: Date of e-mailing: May 7, 2019

Elizabeth Isusquiza
(TYPE OR PRINT NAME)

▶ _____
(SIGNATURE OF SENDER—MUST NOT BE A PARTY IN THIS CASE)

**ACKNOWLEDGMENT OF RECEIPT**

This acknowledges receipt of (to be completed by sender before mailing):

1. [✓] A copy of the summons and of the complaint.
2. [ ] Other (specify):

(To be completed by recipient):

Date this form is signed: May 24, 2019

Alana Ackels on behalf of Thomas Dundon
(TYPE OR PRINT YOUR NAME AND NAME OF ENTITY, IF ANY,
ON WHOSE BEHALF THIS FORM IS SIGNED)

▶ _____ — counsel for Thomas Dundon
(SIGNATURE OF PERSON ACKNOWLEDGING RECEIPT, WITH TITLE IF
ACKNOWLEDGMENT IS MADE ON BEHALF OF ANOTHER PERSON OR ENTITY)

| | | Page 1 of 1 |
|---|---|---|
| Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-015 [Rev January 1, 2005] | **NOTICE AND ACKNOWLEDGMENT OF RECEIPT — CIVIL** | Code of Civil Procedure,<br>§§ 415.30, 417.10<br>www.courtinfo.ca.gov |