Leila Narvid, Bar No. 229402
ln@paynefears.com
Jason I. Bluver, Bar No. 281784
jib@paynefears.com
PAYNE & FEARS LLP
235 Pine Street, Suite 1175
San Francisco, California 94104
Telephone: (415) 738-6850
Facsimile:  (415) 738-6855
  --- and ---
Alana K. Ackels, (*pro hac vice pending*)
aackels@bellnunnally.com
Brent A. Turman, (*pro hac vice pending*)
bturman@bellnunnally.com
BELL NUNNALLY & MARTIN
2323 Ross Avenue, Suite 1900
Dallas, Texas 75201
Telephone: (223) 740-1400
Facsimile:  (223) 740-1499

Attorneys for Defendant THOMAS DUNDON

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLTON SCHMIDT, individually and on behalf of others similarly situated; REGGIE NORTHRUP, individually and on behalf of others similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>AAF PLAYERS, LLC, a Delaware Limited Liability Company, d/b/a/ The Alliance of American Football; THOMAS DUNDON, an individual; CHARLES "CHARLIE" EBERSOL, an individual; LEGENDARY FIELD EXHIBITIONS, LLC, a Delaware Limited Liability Company; AAF PROPERTIES, LLC, a Delaware Limited Liability Company; EBERSOL SPORTS MEDIA GROUP, INC., a Delaware Corporation; and DOES 1 through 200, inclusive,<br><br>　　　　　　Defendants. | Case No. 3:19-cv-3666<br><br>[San Francisco County Superior Court Case No. CGC-19-575169]<br><br>**CERTIFICATION OF INTERESTED PARTIES L.R. 3-15** |

TO THE UNITED STATES DISTRICT COURT AND TO ALL PARTIES PURSUANT TO LOCAL RULE 3-15:

Pursuant to Civil Local Rule 3-15, the undersigned, counsel of record for Defendant THOMAS DUNDON ("Defendant"), certifies that the following listed parties may have a (i) a financial interest of any kind in the subject matter in controversy or in a party to the proceeding; or (ii) any other kind of interest that could be substantially affected by the outcome of the proceeding. These representations are made to enable the Court to evaluate possible disqualification or recusal pursuant to Federal Rules of Civil Procedure Rule 7.1 and this Court's Local Rule 3-15:

1. AAF Players, LLC
2. Thomas Dundon
3. Charles "Charlie" Ebersol
4. Legendary Field Exhibitions, LLC
5. AAF Properties, LLC
6. Ebersol Sports Media Group, Inc.

DATED: June 24, 2019

PAYNE & FEARS LLP
Attorneys at Law

By:   */s/ Leila Narvid*
   LEILA NARVID
   Jason I. Bluver

Attorneys for Defendant THOMAS DUNDON

-2-
CERTIFICATION OF INTERESTED PARTIES

| | | |
|---|---|---|
| 1 | DATED: June 24, 2019 | BELL NUNNALLY & MARTIN<br>Attorneys at Law |
| 2 | | |
| 3 | | By:  _/s/ Alana K. Ackels_ |
| 4 | | ALANA K. ACKELS<br>BRENT A. TURMAN |
| 5 | | |
| 6 | | Attorneys for Defendant THOMAS DUNDON |

PAYNE & FEARS LLP
ATTORNEYS AT LAW
235 PINE STREET, SUITE 1175
SAN FRANCISCO, CALIFORNIA 94104
(415) 738-6850

## PROOF OF SERVICE

*Colton Schmidt, etc., et al. v. AAF Players, LLC, etc., et al.*
<u>United States District Court, Northern District Case No.</u> 3:19-cv-3666

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Orange, State of California. My business address is Jamboree Center, 4 Park Plaza, Suite 1100, Irvine, CA 92614.

On June 24, 2019, I served true copies of the following document(s) described as **CERTIFICATION OF INTERESTED PARTIES L.R. 3-15** on the interested parties in this action as follows:

| | |
|---|---|
| Boris Treyzon, Esq.<br>Jonathon Farahi, Esq.<br>ABIR COHEN TREYZON SALO, LLP<br>1901 Avenue of the Stars, Suite 935<br>Los Angeles, CA 90067<br>Tel:  (424) 288-4367<br>Fax: (424) 288-4368<br>E-Mail:  btreyzon@actslaw.com<br>           jfarajo@actslaw.com | Attorneys for Plaintiff STEVE ENRIQUEZ |

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the address listed above and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Payne & Fears LLP's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on June 24, 2019, at Irvine, California.

/s/ Terri M. Shaw
Terri M. Shaw