Leila Narvid, Bar No. 229402
ln@paynefears.com
Jason I. Bluver, Bar No. 281784
jib@paynefears.com
PAYNE & FEARS LLP
Attorneys at Law
235 Pine Street, Suite 1175
San Francisco, California 94104
Telephone: (415) 738-6850
Facsimile:  (415) 738-6855
  ---and---
Jeffrey S. Lowenstein *(admitted pro hac vice)*
jlowenstein@bellnunnally.com
Alana K. Ackels, Bar No. 277154
aackels@bellnunnally.com
Brent D. Hockaday *(admitted pro hac vice)*
bhockaday@bellnunnally.com
BELL NUNNALLY & MARTIN
2323 Ross Avenue, Suite 1900
Dallas, Texas 75201
Telephone:  (223) 740-1400
Facsimile:   (223) 740-1499

Attorneys for Defendant THOMAS DUNDON

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| COLTON SCHMIDT, individually and on behalf of others similarly situated; REGGIE NORTHRUP, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AAF PLAYERS, LLC, a Delaware Limited Liability Company, d/b/a/ The Alliance of American Football; THOMAS DUNDON, an individual; CHARLES "CHARLIE" EBERSON, an individual; LEGENDARY FIELD EXHIBITIONS, LLC, a Delaware Limited Liability Company; AAF PROPERTIES, LLC, a Delaware Limited Liability Company; EBERSOL SPORTS MEDIA GROUP, INC., a Delaware Corporation; and DOES 1 through 200, inclusive,<br><br>Defendants. | Case No. 3:19-cv-03666-CRB<br><br>**Hon. Charles R. Breyer**<br><br>**DECLARATION RE:**<br><br>**(1) SERVICE OF PETITION AND NOTICE OF REMOVAL UPON PLAINTIFF**<br><br>**(2) FILING OF NOTICE TO CLERK AND NOTICE TO PLAINTIFF IN SAN FRANCISCO COUNTY SUPERIOR COURT**<br><br>**(3) FILING OF PROOFS OF SERVICE**<br><br>Trial Date:        None Set |

Case No. 3:19-CV-03666-CRB

DECLARATION OF LEILA NARVID RE: FILING AND SERVICE OF REMOVAL

I, LEILA NARVID, hereby declare and state as follows:

1. I am an attorney duly licensed to practice before this Court and before all of the courts of the State of California and I am a partner with the law firm of Payne & Fears LLP, counsel of record for Defendant Thomas Dundon ("Defendant"). Except as stated, I have personal knowledge of the matters set forth in this Declaration and, if called as a witness, could and would testify competently thereto.

2. On June 24, 2019, I caused Defendant's Petition and Notice of Removal of Civil Action Pursuant to 28 U.S.C. §§ 1332, 1441, 1446, 1453, 1711 et seq.; and U.S.C. §§ 1334, 1452, along with supporting Declarations of Leila Narvid and Thomas Dundon (collectively, the "Notice of Removal") to be filed in this Court.

3. On June 28, 2019, after filing the Notice of Removal in this Court, I caused Defendant's Notice to Clerk of the San Francisco County Superior Court of Removal of Civil Action to United States District Court for the Northern District of California ("Notice to Clerk") to be filed in the San Francisco County Superior Court, where this action had been pending. A copy of the Notice of Removal was attached as Exhibit "A" to the Notice to Clerk. A true and correct copy of the Notice to Clerk, file-stamped by the San Francisco County Superior Court, is attached as **Exhibit "A"** hereto.

4. On June 28, 2019, after filing the Notice of Removal with this Court, I caused Defendant's Notice to Plaintiff of Removal of Civil Action to United States District Court for the Northern District of California ("Notice to Plaintiff") to be filed in the San Francisco County Superior Court, where this action had been pending. A true and correct copy of the Notice to Plaintiff is attached as **Exhibit "B"** hereto.

4. Attached hereto as **Exhibit "C"** are the Proofs of Service of the Notice of Removal and supporting Declarations upon Plaintiff.

6. Attached hereto as **Exhibit "D"** is the Proof of Service of the Notice to Clerk upon Plaintiff.

7. Attached hereto as **Exhibit "E"** is the Proof of Service of the Notice to Plaintiff upon Plaintiff.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed in San Francisco, California on July 19, 2019.

By: /s/ Leila Narvid
LEILA NARVID

-3-   Case No. 3:19-CV-03666-CRB
DECLARATION OF LEILA NARVID RE: FILING AND SERVICE OF REMOVAL

# PROOF OF SERVICE

*Colton Schmidt, etc., et al. v. AAF Players, LLC, etc., et al.*
<u>United States District Court, Northern District Case No. 3:19-cv-03666-CRB</u>

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Orange, State of California. My business address is Jamboree Center, 4 Park Plaza, Suite 1100, Irvine, CA 92614.

On July 19, 2019, I served true copies of the following document(s) described as **DECLARATION RE: (1) SERVICE OF PETITION AND NOTICE OF REMOVAL UPON PLAINTIFF; (2) FILING OF NOTICE TO CLERK AND NOTICE TO PLAINTIFF IN SAN FRANCISCO COUNTY SUPERIOR COURT; (3) FILING OF PROOFS OF SERVICE** on the interested parties in this action as follows:

| | |
|---|---|
| Boris Treyzon, Esq.<br>Jonathon Farahi, Esq.<br>ABIR COHEN TREYZON SALO, LLP<br>1901 Avenue of the Stars, Suite 935<br>Los Angeles, CA 90067<br>Tel: (424) 288-4367<br>Fax: (424) 288-4368<br>E-Mail: btreyzon@actslaw.com<br>        jfarahi@actslaw.com | Attorneys for Plaintiffs<br>Colton Schmidt and Reggie Northrup<br>and The Putative Class |

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on Friday, July 19, 2019, at Irvine, California.

/s/ Terri M. Shaw
Terri M. Shaw

PAYNE & FEARS LLP
ATTORNEYS AT LAW
235 PINE STREET, SUITE 1175
SAN FRANCISCO, CALIFORNIA 94104
(415) 738-6850

Case No. 3:19-CV-03666-CRB
PROOF OF SERVICE